**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-7103**

───────────────

W. SCOTT DAVIS,

        Petitioner - Appellant,

    v.

WARDEN KATINA HECKARD,

        Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:22-cv-00254)

───────────────

Submitted:  March 12, 2024                  Decided:  March 15, 2024

───────────────

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William Scott Davis, II, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, II, seeks to appeal the magistrate judge's report recommending that the district court dismiss Davis' 28 U.S.C. § 2241 petition.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*